**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LILLIE A. SMITH**                                                                                       **PLAINTIFF**

v.                                    **Case No. 4:15-cv-00725 KGB-BD**

**CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration**                                                          **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition filed by United States Magistrate Judge Beth Deere. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects.

It is therefore ordered that the Commissioner's decision is reversed and remanded, with instructions to consider medical evidence relating to Lillie A. Smith's diagnosis of lupus, to conduct a proper credibility analysis, and to further develop the record as necessary. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So ordered this the 2nd day of December, 2016.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge